UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY R. DODGE,<br><br>  Plaintiff,<br>   v.<br><br>AUTHOR SOLUTIONS,<br><br>  Defendant.<br>_____/ | No. C 14-00518 LB<br><br>**ORDER DENYING PLAINTIFF'S REQUESTS FOR RELIEF**<br><br>[Re: ECF Nos. 10-12] |

On February 3, 2014, Plaintiff Gary Dodge, who is proceeding *pro se* and has consented to the undersigned's jurisdiction, filed a complaint against Defendant Author Solutions. Complaint, ECF No. 1; Consent, ECF No. 8. He also filed an application to proceed *in forma pauperis*. Application, ECF No. 3. On February 10, 2014, the court granted his application and directed the United States Marshal to serve Author Solutions with the complaint and summons. 2/10/2014 Order, ECF No. 6. As no executed summons has been filed, presumably the United States Marshal's Service is in the process of serving Author Solutions.

In late February 2014, Mr. Dodge filed three letters asking the court for assistance with respect to a check. *See* Letters, ECF Nos. 10-12. In sum, he asks the court to order Author Solutions to stop payment on a claim check that he says was stolen and to issue a replacement check. *See id.* Mr. Dodge, however, provides no legal basis for his requests, and the court knows nothing about the "claim check" he refers to. It also is not clear whether his requests relate to his claims in this action. Further, in light of the impending service on Author Solutions, the court believes it is best to wait

until Author Solutions is served and responds to Mr. Dodge's complaint. Once it does, Mr. Dodge likely will be able to discuss his requests with Author Solution's counsel. Accordingly, Mr. Dodge's requests are **DENIED** without prejudice to his raising issues relevant to this litigation after Author Solutions has appeared.

**IT IS SO ORDERED.**

Dated: March 5, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-00518 LB
ORDER

2