UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY R. DODGE, | No. C 14-00518 LB |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION** |
| v. | |
| AUTHOR SOLUTIONS, | |
| Defendant. | |

Plaintiff Gary Dodge, who is proceeding *pro*, contacted the court about Defendant Author Solutions' pending motion. *See* Motion, ECF No. 34. Thereafter, he emailed a document called "Objection To the Motion," which says, "The objection is based on no prior knowledge of motion by Defendant's motion to the pleadings, and Plaintiff respectfully requests additional time to file an objection on those grounds." The court efiled this document for Mr. Dodge. *See* ECF No. 37. The court construes it as a motion for an extension of time, gives Mr. Dodge until August 6, 2014 to file an opposition, and asks Author Solutions to file an optional reply by August 11, 2014. To the extent that Mr. Dodge says that he has no notice of Author Solutions' motion, the certificate of service shows service at his address of record. That being said, the court will email a copy of the motion and this order to Mr. Dodge. Mr. Dodge may email his opposition to lbpo@cand.uscourts.gov, and the court will e-file it for him. No further extensions of time will be granted.

**IT IS SO ORDERED.**

Dated: July 30, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-00518 LB
ORDER